UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00106-MOC

| | |
|---|---|
| **ORRIN L. JACKSON,** | ) |
| Petitioner, | ) |
| Vs. | ) ORDER |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

**THIS MATTER** is before the court on petitioner's Motion to Strike Government's Exhibit 1 and Motion for Extension of Time. Responsive to petitioner's first motion, the government has now filed a Notice of Filing Conforming Exhibit (#16).

The court has closely reviewed such filing and has determined that it addresses petitioner's concerns inasmuch as the exhibits are now in admissible form as they fairly apprise petitioner of the source of the materials. The motion for extension of time to respond is well taken and will be allowed. Having considered petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that

(1) petitioner's Motion to Strike Government's Exhibit 1 (#14) is **DENIED** as **MOOT;** and

(2) petitioner's Motion for Extension of Time (#15) is **GRANTED**, and he is allowed **30 days** from the filing of this Order to file his Reply.

Signed: August 12, 2015

Max O. Cogburn Jr
United States District Judge