UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00106-MOC

| | | |
|---|---|---|
| **ORRIN L. JACKSON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion for Reconsideration (#23).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government file a Response to petitioner's Motion for Reconsideration (#23) within 14 days.

Signed: November 24, 2015

Max O. Cogburn Jr.
United States District Judge

-1-