UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00106-MOC

| | | |
|---|---|---|
| **ORRIN L. JACKSON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion Objecting to Submission of Exhibit 1A. Having considered petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion Objecting to Submission of Exhibit 1A (#30) is DENIED for the reasons previously stated. His objection is, however, noted for the record.

Signed: January 11, 2016

Max O. Cogburn Jr.
United States District Judge